**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **JOSÉ R. PÉREZ-CARRERA,** *Defendant.* | Case No.: 96-cr-039-2-SCC Sentence-Reduction Request 18 U.S.C. § 3582(c)(1)(A) |

**JOINT MOTION SUBMITTING PROPOSED ARGUMENT DATES
(RESPONSE TO ECF NO. 896)**

TO THE HONORABLE COURT:

Having reviewed ECF No. 896, Counsel for the Government and Movant José R. Pérez-Carrera have conferred and propose the following possible dates: Thursday, April 11, 2024 (after 3:30 p.m.), or Friday, April 12, 2024 (anytime).

Presently these are the only two mutually available dates in April as Government Counsel will be on paternity leave starting April 15, 2024.

Should this Court have availability on the suggested dates, the parties submit that it would be most efficient to have appearing counsel conduct argument given their familiarity with the record and the arguments before the Court.

If, however, these dates are not suitable for the Court, counsel will confer again and submit another response.

**RESPECTFULLY SUBMITTED** on April 10, 2024.

| | |
|---|---|
| **/S/ *ANTONIO L. PEREZ-ALONSO*** | **RACHEL BRILL** |
| ANTONIO L. PEREZ-ALONSO – G02902 | Federal Public Defender, |
| ASSISTANT UNITED STATES ATTORNEY | District of Puerto Rico |
| UNITED STATES ATTORNEY'S OFFICE | |
| TORRE CHARDÓN, SUITE 1201 | **s/KEVIN E. LERMAN*** |
| 350 CARLOS CHARDÓN AVE. | Assistant Federal Public Defender |
| SAN JUAN, PUERTO RICO 00918 | D.P.R. No. G03113 |
| TEL. (787) 766-5656 | 241 F.D. Roosevelt Ave. |
| | San Juan, PR 00918-2441 |
| | Tel.: (787) 281-4922, Fax: (787) 281-4899 |
| | E-mail: Kevin_Lerman@fd.org |

\***CERTIFICATION:** I ECF-filed this Motion, notifying the parties.